UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STEVEN MONGEAU,

    Plaintiff,

v.

KELLY ROWE, *et al.*,

    Defendants.

No. 5:23-CV-00170-H

### JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that Plaintiff's civil-rights complaint is dismissed.

Dated July 28, 2025.

_____
JAMES WESLEY HENDRIX
United States District Judge